**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DERRICK DEWAYNE WALKER, 07089631,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:08-CV-1378-N** |
| ) | **ECF** |
| **DAVID CONLEY,** ) | |
| **Defendant.** ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed December 14, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE